Local Rule 6007-1(c)(1) and (2) Form

FILED

2009 OCT -7 PM 1:33

CLERK
U.S. BANKRUPTCY
DISTRICT OF ARIZONA

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

In re )    Chapter **7**

_JOHN FITZGERALD_ )
_JOZWICKI AND_ )    Case No. **08 - 11829**
_NAYOUNG JOZWICKI_ )
                 Debtor(s). )    **NOTICE OF INTENT TO**
)    **ABANDON**
)

**PLEASE TAKE NOTICE** that the [trustee] [debtor in possession] intends to abandon the

following property (the "Subject Property"):

_10321 W. Edgemont Dr., Avondale, AZ. 85392_

_Legal Description:_
_Lot 86, LOS ARBOLITOS RANCH, according to the Plat of_
_record in the office of the County Recorder of Maricopa_
_County, Arizona, in Book 601 of Maps, Page 24 and re-recorded in Book 629_
for the reason that the Subject Property is [burdensome to the estate, in that _Of Maps, Page22._

_____] [and][of inconsequential value and benefit to the

estate in that _____].

**Your rights may be affected.** You should read this carefully and discuss it with your

attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may

**wish to consult one.**

If you desire to object to the abandonment, you must file your objection, specifying the reasons therefor, with the Court and serve a copy upon the undersigned at the address set forth below on or before the expiration of fifteen (15) days from the mailing of this notice.

Unless you file and serve a timely objection, the abandonment may be authorized without further notice or a hearing.

Dated: _7 OCT 2009_                          [T~~rustee~~] [Debtor in Possession]
                                                              [mailing address]

Copies mailed on
_____, 19__ to:                    _John Jozwicki_

                                                              _Na Young Jozwicki_

_____
[Person certifying to the
mailing]

CHASE MORTGAGE
P.O. Box 78420
PHOENIX AZ 85062

BRIAN MULLEN
P.O. Box 32247
PHOENIX AZ. 85064

2