```
 1  PERRY & SHAPIRO, L.L.P.
    3300 N. Central Avenue, #2200
 2  Phoenix, Arizona 85012
    (602) 222-5711
 3  (602) 222-5701 Facsimile
    (847) 627-8802 Facsimile
 4  AZNotices@logs.com, e-mail
    Christopher R. Perry, Bar #009801
 5  Jason P. Sherman, Bar #019999
    Attorneys for Chase Home Finance LLC
 6  [FILE 10-000882 CHE]
```

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case # 2:08-bk-11829-RJH |
| JOHN FITZGERALD JOZWICKI AND NA YOUNG JOZWICKI, | Chapter 7 Proceedings |
| Debtor. | |
| CHASE HOME FINANCE LLC, its assigns and / or successors-in-interest, | NOTICE OF LODGING ORDER |
| Movant, | |
| v. | |
| JOHN FITZGERALD JOZWICKI AND NA YOUNG JOZWICKI, Brian J. Mullen, Trustee, | |
| Respondents. | |

Movant, through counsel undersigned and pursuant to Local Rule 9022-1, hereby gives notice that he has lodged an Order Lifting Stay, a copy of which is attached hereto.

DATED this 26 day of February, 2010.

```
                                    Perry & Shapiro, L.L.P.


                                    _____
                                    Christopher R. Perry
                                    Jason P. Sherman
                                    Attorney for Chase Home Finance
                                    LLC

Original filed this  26  day
of February, 2010 with:

United States Bankruptcy Court
230 N. First Ave., Suite 204
Phoenix, AZ 85003-1706

Copy of the foregoing was mailed
this  26  day of February, 2010 to:

Chapter 7 Trustee:
Brian J. Mullen
P.O. Box 32247
Phoenix, AZ 85064

Attorney for Debtor:
Joseph W. Charles
P.O. Box 1737
Glendale, AZ 85311

Trudy A. Nowak, Esq.
PMB 418
4802 E Ray Road, Suite 23
Phoenix, AZ 85044

Debtor:
John Fitzgerald Jozwicki and Na Young Jozwicki
10321 West Edgemont Drive
Avondale, AZ 85392


By _____
```