| | |
|---|---|
| 1 | **PERRY & SHAPIRO, L.L.P.** |
| | 3300 N. Central Avenue, #2200 |
| 2 | Phoenix, Arizona 85012 |
| | (602) 222-5711 |
| 3 | (602) 222-5701 Facsimile |
| | (847) 627-8802 Facsimile |
| 4 | AZNotices@logs.com, e-mail |
| | Christopher R. Perry, Bar #009801 |
| 5 | Jason P. Sherman, Bar #019999 |
| | Attorney for Chase Home Finance LLC |
| 6 | [FILE 10-000882 CHE] |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re:

JOHN FITZGERALD JOZWICKI AND NA YOUNG JOZWICKI,

    Debtor.

CHASE HOME FINANCE LLC, its assigns and / or successors-in-interest,

    Movant,

v.

JOHN FITZGERALD JOZWICKI AND NA YOUNG JOZWICKI, Brian J. Mullen, Trustee,

    Respondents.

Case # 2:08-bk-11829-RJH

Chapter 7 Proceedings

ATTORNEY'S
CERTIFICATE OF SERVICE
AND NO OBJECTION

STATE OF ARIZONA    }
                             } s.s.
COUNTY OF MARICOPA  }

      Jason P. Sherman, having been first duly sworn upon his oath, deposes and says:

      I am the attorney of record for Chase Home Finance LLC in this matter.

      On the 5th day of February, 2010, I caused to be deposited in the United States mail at Phoenix, Arizona, in sealed envelopes with postage thereon prepaid, the following:

CERTIFICATE OF SERVICE & NO OBJECTION      PAGE 1      CASE # 2:08-BK-11829-RJH

1. A copy of the Notice of Filing of Motion for Relief From the Automatic Stay and Requirement to File an Answer to the creditors and interested parties known or believed to have an interest in the subject Property; and

2. A copy of the Motion for Relief From the Automatic Stay, Notice of Filing of Motion for Relief and Requirement to File an Answer, and a copy of the proposed form of Order Lifting the Automatic Stay to the following parties:

Debtor:
John Fitzgerald Jozwicki and Na Young Jozwicki
10321 West Edgemont Drive
Avondale, AZ 85392

Attorney for Debtor:
Joseph W. Charles
P.O. Box 1737
Glendale, AZ 85311

Trudy A. Nowak, Esq.
PMB 418
4802 E Ray Road, Suite 23
Phoenix, AZ 85044

Chapter 7 Trustee:
Brian J. Mullen
P.O. Box 32247
Phoenix, AZ 85064

No objections or responsive pleadings have been received as of this 26 day of February, 2010.

I hereby declare under penalty of perjury that the foregoing is true.

```
                                    Perry & Shapiro, L.L.P.


                                    _____
                                    Christopher R. Perry
                                    Jason P. Sherman
                                    Attorney for Chase Home Finance,
                                    LLC

Original filed this  26  day
of February, 2010 with:

United States Bankruptcy Court
230 N. First Ave., Suite 204
Phoenix, AZ 85003-1706

Copy of the foregoing was mailed
this  26  day of February, 2010 to:

Chapter 7 Trustee:
Brian J. Mullen
P.O. Box 32247
Phoenix, AZ 85064

Attorney for Debtor:
Joseph W. Charles
P.O. Box 1737
Glendale, AZ 85311

Trudy A. Nowak, Esq.
PMB 418
4802 E Ray Road, Suite 23
Phoenix, AZ 85044

Debtor:
John Fitzgerald Jozwicki and Na Young Jozwicki
10321 West Edgemont Drive
Avondale, AZ 85392


By _____
```